IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON LEWIS STEVENS | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 21-4840 |
| EQUIFAX INFORMATION SERVICES, LLC, AMERICAN EXPRESS NATIONAL BANK, ZWICKER & ASSOCIATES, P.C., THE BRYN MAWR TRUST COMPANY, as successor in interest to ROYAL BANK AMERICA, and US BANK, N.A., d/b/a ELAN FINANCIAL SERVICES | : | |

## **ORDER**

AND NOW, this 9th day of September, 2022, upon consideration of Defendants American Express National Bank's and Zwicker & Associates, P.C.'s Motions to Compel Arbitration and Stay Action and to Join therein (Document Nos. 44 and 47), Plaintiff's Response in Opposition and Defendants' Reply to Plaintiff's Response, it is hereby ORDERED that the Motions are DENIED for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,      C.J.